FILED

Artis-Ray: Cash Jr.
artiscashjr@yahoo.com
453 S. Spring street
Suite 400 PMB 1211
Los Angeles, CA 90013
831-346-2562

2023 DEC -1  AM 11: 23

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

Artis-Ray: Cash Jr., IN PRO PER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

2:23-cv-10126-HDV (SSCx)

Artis-Ray: Cash Jr.,
          Plaintiff,

     vs.

Midland Credit Management, Inc.,
Midland Funding, LLC.
          Defendant.

Case No. (To be determined by clerk)

MOTION FOR UNLIMITED CIVIL ACTION,
NOTICE OF RIGHTS

     In accordance with 28 U.S.C. § 1746 I, Artis-Ray: Cash Jr. hereinafter referred to as the

"Affiant," being of sound mind and legal age, with sincere intent in truth hereby declare under

penalty of perjury that the following statements are true, correct, complete, certain, admissible as

evidence, reasonable, and not misleading to the best of my knowledge and belief. REBOUND

UNDER THE PAINS AND PENALTIES OF PERJURY,_ THAT I AM CAPABLE OF

TESTIFYING TO THE FACTS HEREIN._

**Subject: NOTICE OF LEGAL ACTION – FDCPA COMPLIANCE FAILURE AND**

**NEGLIGENCE**

     I am writing to notify you that I intend to file a lawsuit against Midland Credit Management,

Inc, hereinafter referred to as the "Defendant", and Midland Funding, LLC, also hereinafter referred

to as the "Defendant", for compensation totaling $2 million due to their negligent conduct and

systemic failure in compliance with the provisions of the Fair Debt Collection Practices Act (15

U.S.C. §1692(a) et seq.), which was enacted in 1977 in response to "the abundant evidence of the use

of abusive, deceptive, and unfair debt collection practices by many debt collectors", and related state

laws.

I have been diligently working on improving my credit standing but have been continually

thwarted by Midland's mishandling of my credit information, which has adversely impacted my

credit score. My attempts to rectify this situation have proven futile as the inaccuracies persist in

my credit report.

Midland Credit Management, Inc. is a "debt collector" as the phrase is defined in 15 U.S.C. §

1692(a)(6) and used in the FDCPA with an address at 3111 Camino Del Rio North suite 103, San

Diego, CA 92108. Midland Funding, LLC is a "debt collector" as the phrase is defined in 15 U.S.C. §

1692(a)(6) and used in the FDCPA with an address at 3111 Camino Del Rio North suite 103, San

Diego, CA 92108. I, Artis-Ray: Cash Jr., am a consumer and a natural person, in accordance with 15

U.S.C. § 1692a(3).

**THE DETAILS OF THE SITUATION ARE AS FOLLOWS:**

On 11/29/2020, an obligation was allegedly incurred to Webbank/Fingerhut. The

Webbank/Fingerhut obligation arose out of a transaction in which money, property, insurance or

Services, were primarily for personal, family, or household purposes. The alleged obligation is a

"debt" as defined by 15 U.S.C. § 1692a(5). Midland Funding purportedly purchased alleged debt

Webbank/Fingerhut debt on 08/30/2022. Midland Funding contracted with Midland Credit to collect

**MOTION FOR UNLIMITED CIVIL ACTION, NOTICE OF RIGHTS**

alleged debt.

On 01/15/2023, I sent Midland Credit a Cease and Desist letter and a Debt Validation letter (see Exhibit A). In the Cease and Desist letter, I requested Midland Credit end all contact with me unless requested by me. I also invoked my remedy as the original creditor, pursuant to Title 15 U.S.C. § 1692c(c)(2) and demanded Midland Credit zero out the account balance, provide me, as also a consumer and natural person, documentation showing the account was zeroed out via mail; cease and desist reporting of the debt collection to all consumer reporting agencies; and remove any and all reporting of the debt collection activity from all consumer reporting agencies. 15 U.S.C. § 1692a(4) lists "creditor" as any person who offers or extends credit creating a debt where or to whom a debt is owed. 15 U.S.C. § 1602(l) shows a "credit card" as any card existing for the purpose of obtaining money, property, labor, or services on credit. My social security card was used to extend credit from me, the original creditor, being part of the credit of the nation.

In my Debt Validation letter, I requested validation per 15 U.S.C. § 1692g, requesting confirmation that I am indeed the party Midland are asking to pay the alleged debt; that they possess original creditor documentation/business records with full accounting using Generally Accepted Accounting Principles (charges, payments, interest, etc.) of the amount of this debt that can be presented as evidence, as well as explain and show me how they calculated what they say I owe; the claim is legally supported by a sworn affidavit from someone with personal knowledge of these business records; that there is some valid contractual obligation which is binding on me to pay this debt; and Midland, as the debt collecting agency, produce documentation from the alleged creditor authorizing them to contact me and pursue the collection of an alleged debt that them or their client has ownership of this debt.

In response to my Cease and Desist letter on 02/15/2023, Midland agreed to cease and desist in contacting me, but did not follow through with my other points. In response to my Debt Validation letter, Midland referenced a debt buying letter, along with alleged bills, but did meet all the listed requirements for debt validation (see Exhibit B).

On 04/18/2023, I sent an Affidavit of Fact to Midland, detailing all the violations they have made. Midland has violated 15 U.S.C. § 1692b(5) for using their logo indicating that they are in the debt collection business. Midland violated 15 U.S.C. § 1692b(2) for stating that I owe an alleged debt. Midland violated 15 U.S.C. § 1692e(2)(A) for using false and deceptive character for the alleged amount due. Midland violated 15 U.S.C. § 1692d(1) for threatening to harm my personal reputation over an alleged debt. Midland violated 15 U.S.C. § 1692j(a) for intentionally furnishing a deceptive form. Midland is in violation of 15 U.S.C. § 1692g for not validating this alleged debt. On 05/04/2023, Midland replied with the same response and paperwork, and also without an affidavit response to my affidavit.

On 05/09/2023, I sent Midland a verification letter, reiterating my stance and demands. I also mentioned their violation of 15 U.S.C. § 1692c(b), for consent I never gave, and their infringement on my right to privacy as the consumer. On 06/01/2023, Midland again responded with the same reply, giving no recognition of fault.

On 06/19/2023, I sent a final letter to Midland, disputing the alleged debt and requesting validation (see exhibit C). I also mentioned in the letter that the only convenient way to contact me is via email. Instead of contacting me the only convenient way that I mentioned, Midland, via physical mail, sends to my business address a letter on 07/05/2023. This was an inconvenient place, and is a violation of 15 U.S.C. § 1692c(1) by Midland (see exhibit D).

**MOTION FOR UNLIMITED CIVIL ACTION, NOTICE OF RIGHTS**

Midland's negligence in handling this matter and failure to comply with the statutory

requirements constitutes a clear violation of the Fair Debt Collection Practices Act's provisions.

Moreover, Midland's failure to correct the inaccuracies in light of my repeated requests and disputes

is detrimental and has resulted in significant financial losses, emotional distress, anxiety, mental

anguish, and reputational harm, thereby amounting to willful noncompliance under 15 U.S.C. §

1692k(a)(1).

In light of the above, I demand that Midland take immediate steps to rectify this situation,

including but not limited to:

1. Delete this alleged debt from all credit reporting agencies

2. Provide a debt waiver for this alleged debt

3. Provide me financial compensation for all violations and damages

If Midland does not meet its obligations under the law, I will have no choice but to proceed

with the intended lawsuit. I will seek statutory, actual, and punitive damages, along with

compensation for legal fees and costs, totaling $2 million, as provided by 15 U.S.C. § 1692k.

You are hereby notified of my intent to pursue these claims, and I advise you to retain all

documentation, communications, and other evidence relating to this matter.

**CLAIM 1**

I have been harassed, my privacy has been breached and am currently undergoing severe violations

of my fundamental rights, as well as various forms of mistreatment and disregard for my well-being.

These actions have caused significant emotional distress, financial losses, and reputational damage.

As a result of the actions leading to the direct violation of my rights, executed by Midland, I suffered

significant damages including but not limited to:

1. Loss of finances and earning capacity

2. Loss of wages

3. Loss of companionship or consortium

4. Emotional Pain and suffering

5. Physical damages

6. Defamation of Character

7. Violation of privacy

8. Loss in quality of life

**Required Remedy and Restitution:** In light of the aforementioned damages, I demand the following remedy and restitution if matters are not resolved.

1. Compensatory Damages: I seek the amount of $2 million (including the interest on the case I now officially claim) as compensatory damages for the emotional distress, financial losses, and reputational damage I have endured.

2. Legal Costs: I also request reimbursement for all legal costs and expenses incurred as a result of pursuing this lawsuit. Not included in the $2 million.

Date: 12/01/2023

Cash Jr: Artis-Ray

IN PRO PER

# NOTICE

To Whom It May Concern,

I, the undersigned, do hereby attest to possessing full knowledge and understanding of the Bill of Rights, my civil rights, constitutional rights, and natural rights as a man. This document serves as irrefutable evidence of my awareness of said rights. Furthermore, I hereby declare any and all contracts that pertain to me to be null and void, including any that may have unintentionally waived or surrendered my rights, or in any way compromised my status, due to lack of full disclosure, clean hands, good faith, and fair business practices.

I acknowledge my full responsibility and liability as the Grantor and Beneficiary of any and all of my legal proceedings, whether they be legal, lawful, unlawful, or civil. I demand that no person or entity presume or treat me as anything other than what I officially declare myself to be.

It is hereby required that any person, corporation, organization, or government agency that violates any of these rights shall be held accountable and obligated to pay me in the monetary amount that I deem necessary.

You are hereby mandated to inform all of your superiors and

MOTION FOR UNLIMITED CIVIL ACTION, NOTICE OF RIGHTS

subordinates who may have future interactions with me or my person. Should there be any uncertainties or misunderstandings regarding this document, you are responsible for seeking legal counsel from a superior officer, special prosecutor, federal judge, or other competent legal counsel to explain the significance of this document as per your duties and obligations in respect to this private formal instrument. Please do not hesitate to contact me with any questions, comments, or concerns within 21 days of receipt of this document. Acquiescence applies.

I hereby testify under oath in the presence of God and Men that this document is binding and unbreakable.


Sincerely,

**MOTION FOR UNLIMITED CIVIL ACTION, NOTICE OF RIGHTS**

Consumer/Natural Person:
Artis Cash
PO Box 151924
Los Angeles, CA 90015

To:
Midland Credit Management, Inc.
350 Camino De La Reina, Suite 100
San Diego, CA 92108

RE: 318120270

01/16/2023

To Whom It May Concern:

This letter is in response to an ALLEGED debt you claim to belong to me.
Please note that your claim is being disputed and I am requesting validation
according to 15 U.S. Code 1692g.

Under the Fair Debt Collections Practices Act (FDCPA), I have the right to
request validation of the debt you claim I owe. I am requesting proof that:
a. I am indeed the party you are asking to pay this debt;
b. You possess original creditor documentation/business records with full
   accounting using Generally Accepted Accounting Principles (charges,
   payments, interest, etc.) of the amount of this debt that can be presented as
   evidence. Also, explain and show me how you calculated what you say I owe;
c. Your claim is legally supported by a sworn affidavit from someone with
   personal knowledge of these business records;
d. There is some valid contractual obligation which is binding on me to pay this
   debt, and
e. You, as a debt collecting agency, produce documentation from the alleged
   creditor authorizing you to contact me and pursue the collection of an
   alleged debt that you or your client has ownership of this debt.

Also, be advised that this letter is not only a formal dispute, but a request that
you stop any and all collection activities pursuant to the Fair Debt Collection
Practices Act 15 U.S. Code 1692g(b).

This is NOT a request for "verification" or proof of my mailing address, but a
request for VALIDATION made pursuant to the Fair Debt Collection Practices Act, 15
U.S. Code 1692g.

You have 30 days to respond to my request. Please be mindful that a stack of
ALLEGED bills or payment slips do not equal validation. Also, this is NOT a request

for "verification" or proof of my mailing address, but a request for VALIDATION made pursuant to the Fair Debt Collection Practices Act, 15 U.S. Code 1692g.

Thank you for your cooperation

CASH: ARTIS-RAY

Consumer/Natural Person

Consumer/Natural Person:
Artis Cash
PO Box 151924
Los Angeles, CA 90015

To:
Midland Credit Management, Inc.
350 Camino De La Reina, Suite 100
San Diego, CA 92108

RE: 318120270

# NOTICE OF CEASE AND DESIST

     I, Artis Cash, am a Consumer/Natural Person. According to Title 15 U.S. Code 1692a(6), you are a debt collector identified in the Fair Debt Collection Practices Act. I am aware and understand that Midland Credit Management, Inc. has violated my rights pursuant to the Fair Debt Collection Practices Act (FDCPA).

     I dispute the ALLEGED debt and refuse to pay the ALLEGED debt, pursuant to Title 15 U.S. Code 1692c(c). I demand that you cease ALL further communication through ALL and ANY MEDIUM except for communication of remedies for I, Artis Cash, the consumer and natural person, via MAIL ONLY, per Title 15 U.S. Code 1692c(c). I am invoking specific remedy as the original creditor, pursuant to Title 15 U.S. Code 1692c(c)(2), and demanding the following:

a. Zero out the account balance of this account
b. Provide I, Artis Cash, a consumer and natural person, with documentation showing the account was zeroed out via mail
c. Cease and Desist reporting of the debt collection activity to all consumer reporting agencies before and after this date of January 15ᵗʰ, 2023
d. Remove ANY and ALL reporting of the debt collection activity from all consumer reporting agencies

Regards,

CASH: ARTIS-RAY

Consumer/Natural Person

*Exhibit B*



**Midland Credit Management™**

an encore capital group **company**

February 15, 2023

**VIA CFPB PORTAL**

Mr. Artis R. Cash
c/o Consumer Financial Protection Bureau

> Re:   **Case #: 230131-10264172**
> **MCM #: 318120270**

Dear Mr. Cash:

Thank you for your inquiry through the Consumer Financial Protection Bureau ("CFPB"). We appreciate the opportunity to answer your questions.

We received correspondence from you on January 24, 2023. Please note that this response serves to address this recent communication as well.

An investigation of this matter indicates that we purchased the above-referenced account on August 30, 2022. Information provided by the seller, BLST Receivables & Servicing LLC, at the time of acquisition indicates this account originated on November 29, 2020, as a WebBank/Fingerhut account number 6369921091009885, in the name of Artis Cash, under the last four of the social security number 2005. Subsequently, the account was charged-off as an unpaid delinquent debt on July 22, 2022. The balance at the time of purchase was $2,021.29, which is the current balance.

You write that you would like documentation that authorizes us to contact you and pursue the collection of this debt. Consumers are sometimes unclear as to what the term "charge off" means for a debt. When a creditor "charges off" an account, it means that the creditor no longer believes the consumer will pay the bill and has written the debt off of its books. Often, they then sell the debt. Please note that the underlying promissory obligation remains valid, due, and owing. Just as the original creditor had the right to legally seek repayment of the promissory obligation, the new third-party purchaser has the right to repayment of the credit account.

You request the validation of this debt. On September 11, 2022, we mailed you a validation letter, which informed you that Midland Credit had acquired the account and informed you of your rights under the Fair Debt Collection Practices Act ("FDCPA"). The letter was not returned as "undeliverable", satisfying the notification requirements of the FDCPA.

A copy of the verification information provided by the seller is enclosed for your records. Please note that the verification information provided by the seller meets the requirements of the FDCPA. The original contract, complete payment history, and a full set of billing statements are not required under the FDCPA.

You request that we remove any reporting of the debt collection activity from all consumer reporting agencies. Please note that a review of our business records indicates that we are not currently furnishing information for the above-referenced account to your consumer credit files. However, we reserve the right to accurately report the account as a collection in the future.

Per your request, the above-referenced account has been marked "Cease and Desist" While it remains due and owing, we will no longer contact you unless required by law. Please note that a "Cease and Desist" does not apply to credit reporting as this is required by law according to the Fair Credit Reporting Act.

Please be assured that we are a reputable company. We consider consumer complaints a serious matter, fully respect consumers' rights, and apologize for the inconvenience caused to you. Thank you again for your assistance in this matter.

This communication is from a debt collector.

Sincerely,
Midland Credit Management, Inc.

Courtney LenHausen,
Senior Group Manager Operations, Consumer Support Services
CL: jal

Enclosure

Exhibit C

06/19/2023
Midland Credit Management
350 Camino De La Reina, Suite 100
San Diego, CA 92108

Account No. 318120270
Amount of Debt 2,021.29

I am disputing the alleged debt owed to WEBBANK/FINGERHUT. I need validation
of the debt. The only convenient way to contact me is via email.

Artis Cash
819 West Washington Blvd. #151924
Los Angeles, CA 90015
artiscashjr@yahoo.com

*Exhibit D*



**Midland Credit Management***
350 Camino De La Reina
Suite 100
San Diego, CA 92108

877-382-6063
**Original Creditor**                    Mon-Fri  8am   7 30 pm ET
                                                          WEBBANK
                                                          FINGERHUT

**Original Account Number**          xxxxxxxxxxx9885
**MCM Account Number**                      318120270
**Current Owner**          Midland Credit Management, Inc.
**Current Servicer**       Midland Credit Management, Inc.
**Current Balance**                             $2,021.29

7/5/2023

P6 T192 006  

Artis Cash
819 W Washington Blvd Unit 151924
Los Angeles, CA 90015-6501

 րՈ|լՈւ|ր|ՈՈ|ր|ոլ|լ|Ո|ո|Լ|ι|ս|ԼՈ|ւ|Լ|Ո|ոլ|ս||Լ|ււԼ|

RE WEBBANK    FINGERHUT

Dear Artis

We understand that you are inquiring about or requesting documentation about the accuracy of our records concerning this account. After reviewing the information you provided, our account notes, and information provided by the previous creditor, with an address of 13300 PIONEER TRAIL EDEN PRAIRIE, MN 55347, we have concluded that our information is accurate. We have also enclosed documents regarding the account. If you believe we have reached this conclusion in error, please reference the information below:

| We have received the following information from you: Account balance is incorrect | | Next steps: In order for us to further investigate your inquiry please provide the following: Copies of contracts, bills, or statements showing amount owed and an explanation of disputed charges | | | |
|---|---|---|---|---|---|
| Date Opened | 11/29/2020 | | Original Purchase Balance | | $2,021.29 |
| Date of Charge Off | 7/22/2022 | | Accrued Interest | | $0.00 |
| Current Servicer | Midland Credit Management, Inc. | | Accrued Fees | | $0.00 |
| Date Purchased | 8/30/2022 | | Total Payments/ Adjustment Applied | | $0.00 |
| Date Paid in Full (if applicable) | | | | | |
| Date | Amount | Date | Amount | Date | Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Only the last 31 payments are reflected in the above table

For additional information you may contact us online at MidlandCredit.com, you may also call Consumer Resolutions at 877-366 1520

In the meantime, as previously requested by you, we will no longer be contacting you regarding this account by phone or in writing unless required by law or you request that we resume communications.

Please call Consumer Support Services at 877-382-6063 if you have any additional questions
Se habla espanol. 877-898-3955

Sincerely,

*Angelique Ross*

Consumer Support Services



**SEE REVERSE FOR IMPORTANT DISCLOSURE INFORMATION**          DRL2

## Important Disclosure Information:

> Please understand this is a communication from a debt collector. This is an attempt to collect a debt.
> Any information obtained will be used for that purpose.

### Calls to and/or from this company may be monitored or recorded.

#### Basic Information

| Original Creditor | WEBBANK | Charge-Off Date | 7/22/2022 |
|---|---|---|---|
| Original Account Number | xxxxxxxxxxx9885 | Charge Off Balance | $2,021.29 |
| Current Creditor *The sole owner of this debt* | Midland Credit Management, Inc | Current Servicer | Midland Credit Management Inc |

#### Balance Information

| | | |
|---|---|---|
| Principal Balance | $2,021.29 | |
| + Seller Interest Balance | $0.00 | |
| + Seller Fees Balance | $0.00 | Last Payment Date: |
| + MCM Interest Balance | $0.00 | 12/24/2021 |
| Current Balance | $2,021.29 | |

Historic interest rate used for the interest balance above: 0%. No additional interest will
be charged by MCM.

#### Important Contact Information

| Send Payments to: | Send disputes or an instrument tendered as full satisfaction of a debt to: |
|---|---|
| Midland Credit Management, Inc. PO Box 2004 Warren, MI 48090-2004 | Attn: Consumer Support Services 320 E Big Beaver Rd. Suite 300 Troy, MI 48083 You may also call: 877-382-6063 |

Original Creditor Name and Address at Time of Charge-off:
WEBBANK
13300 PIONEER TRAIL

EDEN PRAIRIE
MN
55347

Debtor's Name and Last Known Address as they Appeared in the Charge-off Creditor's Records Prior to the
Sale of this Debt
ARTIS CASH
2202 S FIGUEROA ST
LOS ANGELES, CA 90007

Complete Chain of Title Including All Post Charge-Off Purchasers of This Debt, Date of Transfer, and Address, ending with
current owner
WEBBANK, 8/25/2022; 215 SOUTH STATE STREET SUITE 800, SALT LAKE CITY, UT 84111
BLST SALES, MARKETING & SERVICING, LLC; 8/30/2022; 13300 PIONEER TRAIL, EDEN PRAIRIE, MN 55347
MIDLAND CREDIT MANAGEMENT, INC.; 350 CAMINO DE LA REINA SUITE 100, SAN DIEGO, CA 92108

NMLS ID: 934164

IF YOU LIVE IN CALIFORNIA, THIS APPLIES TO YOU: California license number pending

*This certificate is attached to a* __1__ *page document dealing with/entitled* Notice of Rights *and dated* Dec. 1st 2023

## California JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this ___1st___ day of

___December___, 20 23, by Artis Ray Cash Jr. ,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared

before me.

MIRIAM GARCIA BORBON
COMM.# 2441567
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Mar. 18, 2027

Signature _____ (Seal)

Printed 01-18

Produced by MarkMaster, Inc.  |  1.800.441.MARK  |  www.markmasterinc.com