1  THOMAS F. LANDERS [SBN 207335]
   tlanders@swsslaw.com
2  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
3  San Diego, California 92101
   (t) 619.231.0303
4  (f) 619.231.4755

5  Attorneys for Defendants,
   MIDLAND CREDIT MANAGEMENT,
6  INC. and MIDLAND FUNDING LLC

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10             WESTERN DIVISION – LOS ANGELES

11

| 12 | ARTIS-RAY CASH, JR., | Case No. 2:23-cv-10126-HDV-SSC |
|---|---|---|
| 13 |  | **DECLARATION IN RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE RE FAILURE TO FILE RULE 26(F) REPORT [DKT. 31]** |
| 14 | Plaintiff, |  |
| 15 | v. |  |
| 16 | MIDLAND CREDIT MANAGEMENT, INC.; MIDLAND FUNDING, LLC, | Hearing Date: July 2, 2024<br>Hearing Time: 10:00 a.m. |
| 17 |  |  |
| 18 | Defendants. | Judge: Hernan D. Vera |
| 19 |  | Magistrate Judge: Stephanie S. Christensen |
| 20 |  |  |

21         I, Thomas F. Landers, declare:

22         1.    I am an attorney at law licensed to practice before all courts of the State

23  of California and a partner with Solomon Ward Seidenwurm & Smith, LLP

24  ("SWSS"), counsel for Defendants MIDLAND FUNDING LLC ("Midland") and

25  MIDLAND CREDIT MANAGEMENT, INC. ("MCM," and collectively with

26  Midland, "Defendants"). I have personal knowledge of the facts set forth in this

27  declaration and if called upon as a witness could and would testify competently

28  thereto.  Because Plaintiff is representing himself, and because the parties failure to

1. submit the Rule 26(f) Report was based on my reading of the Court's prior orders, I prepared this declaration for Plaintiff to join.

2. This declaration is submitted in response to the Court's Order to Show Cause Re Failure to File Rule 26(f) Report 14 days prior to the July 2, 2024, Scheduling Conference that was vacated on June 6, 2024.

3. As explained below, the parties did not file the Rule 26(f) report because the Court issued an order vacating the scheduling conference before the Rule 26(f) report was due. I believed the vacation of the scheduling conference before the Rule 26(f) report was due also constituted a vacation of the requirement to file the Rule 26(f) report, and that a new date would be set by subsequent Court order.

4. To demonstrate how I came to this conclusion, here is the relevant timeline:

- May 13, 2024: Order setting scheduling conference for July 2, 2024, which in turn created a deadline to file the Rule 26(f) report on June 18, 2024 [DOC 28];
- June 6, 2024: Minute order vacating July 2, 2024 scheduling conference [DOC 29];
- June 18 2024: Fourteen days before vacated July 2, 2024 scheduling conference.

5. Since the deadline to file the Rule 26(f) report is based on the date of the scheduling conference, and the scheduling conference had been vacated before the Rule 26(f) report was due, I concluded that the Rule 26(f) report was no longer due and that deadline would be reset based on a rescheduled scheduling conference. I am aware that Courts frequently vacate the scheduling conference *after* the parties submit their Rule 26(f) reports, but I have never encountered this situation, where the scheduling conference was vacated before the report was due. I apologize for my misunderstanding.

6. Plaintiff and I discussed the case, and I informed Plaintiff of my belief that the joint report was no longer due. Plaintiff deferred to my judgment on the matter.

7. On behalf of Defendants, Plaintiff and myself, I apologize to the Court, and its staff, for this misunderstanding. We recognize the importance of complying with all Court orders, and we commit to be more thorough in the future.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration was executed on July 22, 2024, at San Diego, California.

*/s/ Thomas F. Landers*
Thomas F. Landers

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration was executed on July 22, 2024, at Los Angeles, California.

*/s/ Artis-Ray Cash, Jr.*
Artis-Ray Cash, Jr.

## ATTESTATION

I hereby attest that all persons whose signatures are listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

DATED: July 22, 2024

By: */s/ Thomas F. Landers*
Thomas F. Landers
Attorneys for Defendant,
Midland Credit Management, Inc.