# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| ARTIS-RAY CASH, JR., <br><br> Plaintiff, <br><br> v. <br><br> MIDLAND CREDIT MANAGEMENT, INC.; MIDLAND FUNDING, LLC, <br><br> Defendants. | Case No. 2:23-cv-10126-HDV-SSC <br><br> **ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> Judge: Hernan D. Vera <br><br> Magistrate Judge: Stephanie S. Christensen |

1
2       Pursuant to the Parties' Stipulation for Dismissal with Prejudice, Plaintiff
3   Artis-Ray Cash, Jr.'s claims against Defendants Midland Credit Management, Inc.
4   and Midland Funding, LLC are dismissed with prejudice. Each party shall bear its
5   own attorneys' fees and costs.
6
7   **IT IS SO ORDERED.**
8
9   DATED:  September 20, 2024         _____
10                                     THE HON. HERNAN D. VERA
                                       UNITED STATES DISTRICT JUDGE